UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO ACEVEDO CRUZ, *individually
and on behalf of others similarly situated*,

                                    Plaintiff,

            -against-

SUZUKI HOSPITALITY GROUP LLC
(D/B/A SUZUKI, SATSUKI, AND THREE
PILLARS), YUTA SUZUKI, and OYOKATA
TOSHIO SUZUKI,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/15/2021

21 Civ. 3261 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has been advised that all claims asserted herein have been settled in principle.
Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and
without prejudice to the right to reopen the action within thirty days of the date of this Order if the
settlement is not consummated.

        Any application to reopen must be filed within thirty days of this Order; any application to
reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to
retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the
settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.
Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain
jurisdiction to enforce a settlement agreement unless it is made part of the public record.

        Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed
to close the case.

        SO ORDERED.

Dated: September 15, 2021
        New York, New York

                                    _____
                                    ANALISA TORRES
                                    United States District Judge