UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMANDO ACEVEDO CRUZ, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>SUZUKI HOSPITALITY GROUP LLC (D/B/A SUZUKI, SATSUKI, AND THREE PILLARS), YUTA SUZUKI, and OYOKATA TOSHIO SUZUKI<br>　　　　　　　　*Defendants.* | Case No. 1:21-CV-03261-AT<br><br>**JUDGMENT** |

　　On November 19, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

　　NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

　　That the Plaintiff, Armando Acevedo Cruz, has judgment against Suzuki Hospitality Group LLC (d/b/a Suzuki, Satsuki, and Three Pillars), Yuta Suzuki, and Oyokata Toshio Suzuki, jointly and severally, in the amount of Eighteen Thousand Dollars and No Cents ($18,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge Analisa Torres
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE