UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO ACEVEDO CRUZ,

                              Plaintiff,

          -against-

SUZUKI HOSPITALITY GROUP LLC
(D/B/A SUZUKI, SATSUKI, AND THREE
PILLARS), YUTA SUZUKI, and OYOKATA
TOSHIO SUZUKI,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/23/2021
```

21 Civ. 3261 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Plaintiff's notice of acceptance of an offer of judgment.  ECF No. 34.  The Clerk of Court is directed to enter judgment consistent with this accepted offer of judgment, terminate all pending hearings, and close the case.

          SO ORDERED.

Dated: November 23, 2021
          New York, New York

_____
ANALISA TORRES
United States District Judge